IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:21CR869 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHELSEA PERKINS, | ) | GOVERNMENT'S NOTICE OF INTENT |
| | ) | NOT TO SEEK THE DEATH PENALTY |
| Defendant. | ) | |
| | ) | |

Now comes the United States of America, by and through counsel, Michelle M. Baeppler, First Assistant United States Attorney, and Scott Zarzycki, Margaret A. Kane, and Adam J. Joines, Assistant United States Attorneys, and respectfully notifies this court of the government's intention to proceed in this case without seeking the death penalty against Defendant Chelsea Perkins.

Respectfully submitted,

MICHELLE M. BAEPPLER
Acting United States Attorney

By: /s/ Scott Zarzycki
Scott Zarzycki (OH: 0072609)
Margaret A. Kane (OH: 0082804)
Adam J. Joines (OH: 0094021)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3971
(216) 522-7358 (facsimile)
Scott.Zarzycki@usdoj.gov