IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:21CR869 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHELSEA PERKINS, | ) | GOVERNMENT'S MOTION FOR LEAVE |
| | ) | TO FILE NOTICE OF INTENT TO |
| Defendant. | ) | INTRODUCE EXPERT TESTIMONY OF |
| | ) | DR. THOMAS P. GILSON UNDER SEAL |

Now comes the United States of America, by and through counsel, Rebecca C. Lutzko, United States Attorney, and Scott Zarzycki, Assistant U.S. Attorney, and respectfully requests that the Court permit the United States to file its Expert Notice and Exhibits relating to the testimony of Forensic Pathologist Thomas P. Gilson under seal. The government makes this request due to the graphic and personal nature of the information detailed in his report.

**MOTION GRANTED.**
/s/ Solomon Oliver, Jr.
United States District Judge
9/5/2024

Respectfully submitted,

REBECCA C. LUTZKO
United States Attorney

By:  /s/ Scott Zarzycki
      Scott Zarzycki (OH: 0072609)
      Assistant United States Attorney
      United States Court House
      801 West Superior Avenue, Suite 400
      Cleveland, OH 44113
      (216) 622-3971
      (216) 522-7358 (facsimile)
      Scott.Zarzycki@usdoj.gov