# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 1:21-CR-869 |
| Plaintiff, | : | |
| | : | JUDGE SOLOMON OLIVER, JR. |
| vs. | : | |
| CHELSEA PERKINS, | : | **DEFENDANT CHELSEA PERKINS' RESPONSE TO GOVERNMENT'S MOTION IN LIMINE TO PROHIBIT EXPERTS FROM TESTIFYING BEFORE LAYING FACTUAL PREDICATE (R. 158)** |
| Defendant. | : | |

The government moved to "preclude experts who spoke with Perkins to gather information on which they based their opinions from testifying to the jury unless and until Perkins first testifies on those facts to the jury." (R. 158: MIL, PageID 1063). Although Ms. Perkins disagrees with any argument that Dr. Zito could not testify prior to Ms. Perkins, *see* FED. R. EVID. 703, the defense intends to present Ms. Perkins' testimony prior to any expert testimony. The government's motion, therefore, does not present any issue in dispute between the parties.

                                                                                   Respectfully submitted,

                                                                                   /*s/ Stephen C. Newman*
                                                                                   STEPHEN C. NEWMAN
                                                                                   Federal Public Defender
                                                                                   Ohio Bar: 0051928
                                                                                   /s/ CATHERINE ADINARO SHUSKY
                                                                                   CATHERINE ADINARO SHUSKY
                                                                                   Attorney at Law
                                                                                   Ohio Bar: 0088731
                                                                                  1660 West Second Street, Suite 750

Cleveland, Ohio 44113
(216) 522-4856 Fax: (216) 522-4321
*/s/ Alvaro L. DeCola*
ALVARO L. DeCOLA
Assistant Federal Public Defender
Ohio Bar: 0087656
50 S. Main Street, Ste. 700
Akron, OH 44308
Phone 330-375-5739 Fax: 330-375-5738
E-mail: stephen_newman@fd.org
E-mail: cathi_shusky@fd.org
E-mail: alvaro_decola@fd.org