MOTION GRANTED.
/s/ Solomon Oliver, Jr.
Unites States District Judge
8/26/2025

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.  1:21-CR-869 |
| Plaintiff, | : | |
| | : | JUDGE SOLOMON OLIVER, JR. |
| vs. | : | |
| CHELSEA PERKINS, | : | **DEFENDANT'S MOTION FOR** |
| | : | **LEAVE TO FILE SENTENCING** |
| Defendant. | : | **MEMO AND EXHIBITS UNDER SEAL** |

Chelsea Perkins, through counsel, respectfully moves this Honorable Court, pursuant to Local Criminal Rule 49.4, for an Order granting her permission to file both the sentencing memorandum and associated exhibits under seal. Ms. Perkins's sentencing memorandum and exhibits contains personal and confidential information which should not be available for public viewing.

Respectfully submitted,

/s/ Stephen C. Newman
STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928
/s/ Catherine Adinaro Shusky
CATHERINE ADINARO SHUSKY
Attorney at Law
Ohio Bar: 0088731
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 Fax: (216) 522-4321
/s/ Alvaro L. DeCola
ALVARO L. DeCOLA
Assistant Federal Public Defender
Ohio Bar: 0087656
50 S. Main Street, Ste. 700

1

Akron, OH 44308
Phone 330-375-5739 Fax: 330-375-5738
E-mail: stephen_newman@fd.org
E-mail: cathi_shusky@fd.org
E-mail: alvaro_decola@fd.org