

**Ohio Attorney General's Office**
**Bureau of Criminal Investigation**
Investigative Report

**GOVERNMENT EXHIBIT A 1:21CR869**

2021-0610
Homicide - Matthew John Dunmire (V)

Investigative Activity: Interview with A▮▮▮ M▮▮▮
Activity Date: 3/10/2021
Authoring Agent: S/A Cory Momchilov

On March 10, 2021, Ohio Bureau of Criminal Investigation Special Agent Cory Momchilov (S/A Momchilov) and Valley View Police Department Detective Joseph Ferrando (Det. Ferrando) interviewed A▮▮▮ M▮▮▮ (M▮▮▮.) The interview was conducted at the Valley View Police Department located at 6899 Hathaway Road, Valley View, Ohio. The interview was audio recorded.

M▮▮▮ was identified as an individual who worked and was friends with Matthew Dunmire (Dunmire.)

M▮▮▮ and Dunmire worked together at Graphix Junction located at ▮▮▮▮▮▮▮▮

M▮▮▮ advised that he has known Dunmire since Dunmire moved to town and began a relationship with A▮▮▮ M▮▮▮ advised that he is best friends with A▮▮ (W▮▮) and they are both in a band called Fake Muslims together. S/A Momchilov asked how Dunmire and A▮▮ met. M▮▮▮ stated, "friends of friends, internet things, I don't know, I really, this is, you know, she usually meets people from out of state." M▮▮▮ stated he knew Dunmire really well before they started working together and that Dunmire would come to the band's practices and attended all of their shows. M▮▮▮ stated, "We're like the crew, you know, tight knit friends like the band, girlfriends and like friends."

In August of 2020, M▮▮▮ asked Dunmire if he wanted a job re-claiming screens at Graphix Junction and Dunmire accepted. M▮▮▮ stated he would pick up Dunmire every day for work around 0705 hours, both M▮▮▮ and Dunmire live in the city of ▮▮▮▮▮ and M▮▮▮ drives a black Kia Soul. M▮▮▮ explained that the only time he really hung out with Dunmire recently was to and from work and at band practice.

M▮▮▮ stated that a group of employees from Junction Graphix made plans to go to the Tiki Underground located at 5893 Akron Cleveland Road, Hudson, on Friday, March 5, 2021, after work. M▮▮▮ explained that they started planning this event for some time once they heard that the Tiki Underground was re-opening.

According to M▮▮▮ Dunmire quit drinking approximately a week and a half ago and didn't want to go to the Tiki Underground because he didn't want to be around that environment. M▮▮▮ stated that on Wednesday, March 3, Dunmire asked the owner (M▮▮ A▮▮▮) of Graphic Junction if he could get him an Uber home from work so he didn't have to attend the gathering at Tiki Underground (M▮▮▮ was

This document is the property of the Ohio Bureau of Criminal Investigation and is confidential in nature. Neither the document nor its contents are to be disseminated outside your agency except as provided by law - a statute, an administrative rule, or any rule of procedure.




**Ohio Attorney General's Office**
**Bureau of Criminal Investigation**
Investigative Report

2021-0610
Homicide - Matthew John Dunmire (V)

Dunmire's ride back home and M█████ was attending the event). According to M█████ A█████ agreed.

On Thursday, March 4, 2021, M█████ stated that Dunmire told him that he was now going to go to the Tiki Underground on Friday after work because a "chick" was going to pick him up from the bar. S/A Momchilov asked M█████ if Dunmire gave him any indication who this "chick" was. M█████ advised that Dunmire showed him a picture of this individual from his phone. M█████ stated when Dunmire showed him the pictures of the individual, M█████ was driving and didn't get a good look at the picture.

M█████ stated the only thing he remembered about this individual was that, "She had tattoos around her nipples." M█████ further stated, "And she was like OnlyFans and the only reason she's coming up here is because she was trying to do content, whatever the hell that means."

S/A Momchilov asked, "How do you know she had tattoos around her nipples, did he show you a picture?"

M█████ responded, "He showed me a picture of it, she's like holding two dicks and got the…"

S/A Momchilov asked M█████ if Dunmire was going to do "content" with this individual. M█████ replied, "I mean, he said that they were going to go to the cemetery on Friday and do pictures and content or something, I don't know what that entitled (sic) but he said he was taking her to the funeral, to the cemetery, sorry."

M█████ advised that after work on Friday, the employees from Graphix Junction did go to the Tiki Underground, however, M█████ left around 1730 hours because he had band practice around 1930 hours in Cleveland.

S/A Momchilov asked M█████ if anyone said they saw Dunmire get picked up by the individual.

M█████ explained that his boss (M███ A█████) was skeptical that someone was actually picking up Dunmire and that A█████ actually went out and met "her." According to M█████, A█████ had told him that Dunmire was outside for about 15 minutes and A█████ was like "I wonder what is going on." According to M█████, A█████ had told him that Dunmire came back inside and said, "yeah, she's here." Mu███ stated, "Being Ma██ as being like a dad, he's going to go, you know, say 'what's up' to this, you know."

This document is the property of the Ohio Bureau of Criminal Investigation and is confidential in nature. Neither the document nor its contents are to be disseminated outside your agency except as provided by law - a statute, an administrative rule, or any rule of procedure.




**Ohio Attorney General's Office**
**Bureau of Criminal Investigation**
Investigative Report

2021-0610
Homicide - Matthew John Dunmire (V)

S/A Momchilov asked M█████ if A█████ mentioned what kind of car this individual was driving. M███y stated he did not know, but that the Tiki Underground has surveillance video and that A█████ had contacted the Tiki Underground about their cameras.

According to M█████ Dunmire sent a text to A████ around 0800-0900 on Saturday, March 6, and advised that he was going to give plasma. M█████ stated that Dunmire donated plasma once a week for money and the plasma place is located at 110th street and Lorain Avenue in Cleveland. M█████ advised that he had dropped Dunmire off at the plasma place in the past after work.

M█████ stated he texted Dunmire at 9:30 on Sunday and advised that they have an early day on Monday and that they should start a little early. M███y stated that Dunmire did not send a response. On Monday, M█████ attempted to call Dunmire with no success. M███y stated he then began to ask some of Dunmire's friends in Virginia if they knew the "chick" he was hanging out with on Friday, and "nothing really came up" because this "chick" was from the D.C area.

According to M█████ M█████ called the first district of the Cleveland Police Department to make a missing person report and was advised that he would have to come to the station to make a report. M█████ stated he also called the Cleveland Clinic, Metro Hospital, Fairview Hospital and checked the court docket to see if Dunmire had been arrested. M█████ stated right before he was going to make a missing person report, he got a call from A█████ and A████ informed him that a detective was coming over to meet her. M█████ advised he went over to A████'s house and learned that Dunmire was found dead in the woods.

S/A Momchilov asked M█████ if Dunmire had any enemies that he knew of. M█████ responded, "No dude, he didn't go out or do anything. I think the first time he went to an actual bar was two weeks ago, like the week before he stopped drinking. When he got kicked out of his house for like a couple days."

S/A Momchilov asked M█████ if A████ kicked him out at that time. Mu████ responded, "Yeah, well he just, he wanted to roll out, they were, he was just trying to be a cool person, just trying to get, I don't blame him."

S/A Momchilov asked M█████ if it was possible that A████ had something to do with this (Dunmire's death.) M█████ responded, "No, not at all."

S/A Momchilov asked M█████ how was Dunmire and A█████ relationship. M█████ responded, "I mean, they, see my relationship with A████, you know, we have, we have a rocky relationship but it's hard love. You know, and, you know, they get into arguments, but there was nothing, none of that, there was no, none of it, you know, if anything, like he was trying to, like be a better person, she was trying to be a better person and they just kinda clashed in the middle and it just kinda got weird, but like, never."

This document is the property of the Ohio Bureau of Criminal Investigation and is confidential in nature. Neither the document nor its contents are to be disseminated outside your agency except as provided by law - a statute, an administrative rule, or any rule of procedure.




**Ohio Attorney General's Office**
**Bureau of Criminal Investigation**
Investigative Report

2021-0610
Homicide - Matthew John Dunmire (V)

S/A Momchilov replied, "It's a little weird that you break up with someone and you live together still."

M▮▮▮ stated that Dunmire is from Virginia and has nowhere to go. M▮▮▮y further stated, "That's why I was like driving, I gave him that opportunity, so he can like, okay you got a job now, save up a little bit of money, get yourself a car, you know, find yourself a better job, you know, get yourself together, you got to do it in steps, you know, I was bashing this kid, like dude you need to stop drinking, you need to save your money, you need to get out of that house, you know, you need to do this and he was like 'dude, man yeah' and he wasn't doing it and I kept badgering him more, and more, and more and he was like 'yeah, you're right, you're right' and he was trying to change his life and trying to save money and trying to move out and he just, he had nothing and I was trying to give him that opportunity because like, it's not like I felt sorry for the dude but like, he's a good dude, you know, like."

Mu▮▮ advised that Dunmire got along with everyone at work.

Mu▮▮ stated that he believes that Dunmire and A▮▮ have been to the Valley View area before to walk their dogs.

M▮▮▮ stated he has been "putting feelers out" and mentioned something to one of his friends and about Tinkers (Tinkers Creek-an area in Valley View.) M▮▮▮ continued, "There's this guy that is, that is at my sister's boyfriend's work, cause he's a manager there, that said he was at Tinkers taking pictures on Saturday and he also gets plasma done, from Virginia, and is a metalhead. They told me not to say anything but."

M▮▮▮ continued, "If anything happened, my personal thought, that, that shit that happened with her (the person who picked Dunmire up from the Tiki Underground), it happened, whatever and he left and met this dude, hooked up with this guy, he's from Virginia, he's a metalhead, he looked like a metalhead and anytime that Matt sees someone from Virginia or a metalhead, at least at that plasma joint, he's going to talk to him."

M▮▮▮y did state he doesn't know if Dunmire actually met this individual and that it was shadows and "hearsay shit."

S/A Momchilov asked M▮▮▮▮ who he heard this information from. M▮▮▮ responded, "I heard it from my friend and she said that her sister's boyfriend talked to this guy that went to Tinkers, I think on Tuesday and he went on Saturday to take pictures and um, he said his name was Ed or something, but I'm not, don't quote anything." M▮▮▮ also heard that this Ed lives in Valley View.

M▮▮▮ later stated he heard this information from his ex-girlfriend's sister's boyfriend and he was told not to say anything.

This document is the property of the Ohio Bureau of Criminal Investigation and is confidential in nature. Neither the document nor its contents are to be disseminated outside your agency except as provided by law - a statute, an administrative rule, or any rule of procedure.




**Ohio Attorney General's Office**
**Bureau of Criminal Investigation**
Investigative Report

2021-0610
Homicide - Matthew John Dunmire (V)

S/A Momchilov requested that M▮▮▮ provide a DNA/buccal swab for possible elimination purposes. M▮▮▮ agreed and provided a sample.

The interview with M▮▮▮y was audio recorded and that recording is attached to this investigative report.

The consent to search form signed by M▮▮▮ for his DNA/buccal swab sample is also attached to this investigative report.

This document is the property of the Ohio Bureau of Criminal Investigation and is confidential in nature. Neither the document nor its contents are to be disseminated outside your agency except as provided by law - a statute, an administrative rule, or any rule of procedure.

# VALLEY VIEW POLICE DEPARTMENT
6899 Hathaway Road Valley View Ohio 44125
(216) 524-9687  Fax (216) 524-9254

## Consent Search Authorization



Name: ███████████  Place: Valley View PD

D.O.B.: 7/14/82  Date/Time: 1:05 2/10/2021

**Before any search is made you must understand your rights.**

1. You may refuse to consent to a search and may demand that a search warrant be obtained prior to any search of the premises described below.

2. If you consent to a search, anything of evidentiary value seized in the course of the search can and will be introduced into evidence in court against you.

I ███████████, have read the above statement of my rights and I am fully aware of my rights. I hereby consent to a search without warrant by officers of the Valley View Police Department of the following:

DNA Buccal - Swab
_____
Describe premises or automobile

I hereby authorize the said officers to seize any article which they may deem to be of value as evidence.

This statement is signed of my own free will without any threats or promises having been made to me.



Signed: ███████  Date/Time: 2/10/21 1:05

Witness: SIA C▓▓▓

Witness: _____

Form 106-A                                      Rev. 6/8/04