


**Ohio Attorney General's Office**
**Bureau of Criminal Investigation**
Investigative Report

GOVERNMENT
EXHIBIT
B
1:21CR869

2021-0610
Homicide - Matthew John Dunmire (V)

Investigative Activity: Interview with M▮▮▮ A▮▮▮▮▮▮
Activity Date: March 10, 2021
Authoring Agent: S/A Cory Momchilov

On March 10, 2021, Ohio Bureau of Criminal Investigation Special Agent Cory Momchilov (S/A Momchilov) and Valley View Police Department Detective Joseph Ferrando (Det. Ferrando) interviewed M▮▮▮ A▮▮▮▮▮▮ (▮▮▮▮▮▮▮▮▮ The interview took place at Andrade's place of employment, Graphix Junction located at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Ohio. Also present in the interview was A▮▮▮▮▮▮ wife C▮▮▮▮▮.

M▮▮ and C▮▮▮▮▮▮ A▮▮▮▮▮ own Graphix Junction which is a screen printing/embroidery service for apparel and Matthew Dunmire was an employee at that business.

S/A Momchilov explained to A▮▮▮▮▮ that it was his understanding that some employees from Graphix Junction went to the Tiki Underground after work on Friday, March 5, 2021 (information S/A Momchilov had received from A▮▮▮▮▮ M▮▮▮▮y.)

A▮▮▮▮▮ explained that back in around November 2020, Graphix Junction completed a big job of around 20,000 shirts in a week and he planned a get together at the Tiki Underground for his employees, where A▮▮▮▮▮ was going to buy the first couple round of drinks as a goodwill gesture.

Around that time, the Tiki Underground shut down due to Covid-19. Once the Tiki Underground re-opened, A▮▮▮▮▮ stated to his employees that they were finally going to be able to have "Tiki Friday." Andrade and employees set up the get together for Friday, March 5, 2021, at the Tiki Underground in Hudson.

According to A▮▮▮▮▮, Dunmire had just decided to quit drinking because he was having some issues at home and Dunmire felt this was the best way to clean up his life.

A▮▮▮▮e stated that he believes on Wednesday, March 3rd, Dunmire approached him and told him that he was going to take Friday, March 5th, off. A▮▮▮▮▮ stated he asked Dunmire why he wanted to take Friday off. A▮▮▮▮▮ stated that Dunmire told him that he had just quit drinking and he didn't want to go out and be around the bar environment.

A▮▮▮▮▮ stated he told Dunmire that he knew that Dunmire could not afford to take a day off so A▮▮▮▮▮ instructed Dunmire to come to work on Friday and Andrade would pay for Dunmire to take an Uber ride home. A▮▮▮▮▮ stated that Dunmire was very appreciative. A▮▮▮▮▮ stated he told Dunmire that he felt bad putting him in that position and that if he knew Dunmire quit drinking, he wouldn't of made such a big deal about going out to have some drinks after work.

This document is the property of the Ohio Bureau of Criminal Investigation and is confidential in nature. Neither the document nor its contents are to be disseminated outside your agency except as provided by law - a statute, an administrative rule, or any rule of procedure.




**Ohio Attorney General's Office**
**Bureau of Criminal Investigation**
Investigative Report

2021-0610
Homicide - Matthew John Dunmire (V)

A███████ stated that on Thursday, March 4th, Dunmire approached him and said, "Hey, I got a ride, don't worry about Friday, you don't have to get an Uber, I really appreciate it but I got a ride, some girl I know she's coming down and we're going to hang out, she's staying the weekend down here."

A███████ stated that on midday Friday, March 5th, Dunmire approached him and told him that this girl was running late and that he was going to hang out at Graphix Junction after work until this girl picked him up. A███████ encouraged Dunmire to go to the Tiki Underground after work with the rest of the employees and that A███████ would buy Dunmire a virgin drink. Dunmire agreed.

After work around 1620-1630 hours, a group of employees went to the Tiki Underground. A███████ stated at one point, Dunmire told him that he was going to take off because the girl was on her way and that she was going to be here soon. A███████ stated that Dunmire went outside and approximately 10 to 15 minutes later, Dunmire came back inside.

A███████ stated, "Hey we thought you left." Dunmire responded, "Oh yea, she's coming, she's delayed but she'll be here." A███████ stated that Dunmire sat back down. After a while, A███████ advised that Dunmire received a text message and Dunmire stated, "she's here."

A███████ stated he jokingly said, "I better make sure." A███████ stated, "Because I didn't know If he just felt bad and you know, was gonna try to hitch a ride or whatever but I wanted to make sure he got home or was going to get wherever. So, I said 'are you sure, I gotta make sure' you know, jokingly. So, I walked out, so we go out there and I didn't really get a good look at anything, I just kind of, like reached down, I know it was a small, compact car, maybe a white or silver car. I wanna say she had like brown hair, she wasn't blond, I don't believe. Maybe a light brown hair. So, I just kinda like said hi and as he opened the door he goes, 'this is my boss' and I was like, 'I'm just making sure he has a ride' and she just liked waved and I said 'alright Matt take it easy' and then left."

A███████ stated that all day Monday A███████ M███████ (M███████) was reaching out to friends to see if anyone knew who this individual was that picked up Dunmire but did not have any luck. A███████e stated that "they" were all trying to figure out who this girl was and M███████ had provided him with some Facebook photos in attempt to identify this girl.

At this point in the interview, investigators showed A███████ some Facebook photos of N███████ W███████, an individual who A███████ W███████ mentioned as a possible person of interest. A███████ looked at the photographs and stated, "I think her hair was shorter, or least it was up or maybe she had a hat on because I know it wasn't long, but it does, this, yeah, she did have darker eyes and stuff, she had a darker look to her."

S/A Momchilov stated, "Would that be fair to say that is consistent with her, the person you saw?"

A███████ responded, "Yeah." A███████ advised that the female was a smaller girl but couldn't tell how tall she was due to the fact she was sitting in a car.

This document is the property of the Ohio Bureau of Criminal Investigation and is confidential in nature. Neither the document nor its contents are to be disseminated outside your agency except as provided by law - a statute, an administrative rule, or any rule of procedure.




**Ohio Attorney General's Office**
**Bureau of Criminal Investigation**
Investigative Report

2021-0610
Homicide - Matthew John Dunmire (V)

S/A Momchilov stated, "When you say a compact car are we talking like a Honda Civic or a Toyota, like a smaller Toyota."

A▮▮▮ responded, "Yeah, like something small" and "might even have been a two door."

S/A Momchilov asked An▮▮▮ if Dunmire said anything else to him about this girl, like where she is from?

A▮▮▮ responded, "He just told me that, whatever, you know, they're all into like graveyard sites. For whatever it is, for their artistic thing, or whatever, he said that she is really into graveyards and then, he was like, have you ever heard of whatever the name of this graveyard is here in Ohio and I'm like 'no' and he's like oh, it's really cool one, that got some of the best, you know, headstones and mausoleums and stuff like that, it's really cool an old one. Yeah, we're going to go down there and hang out, she wants to, she wants to check it out, I don't know if she is a musician or artist or what, she was kind like into…"

Det. Ferrando asked A▮▮▮ when Dunmire had told him this. A▮▮▮e stated he believed it was on Thursday, March 4th. An▮▮▮ said he didn't talk to Dunmire much on Friday, March 5th, other than when Dunmire told him the individual was running late and he didn't know what time she was going to arrive.

A▮▮▮ explained based on his conversation with Dunmire, Dunmire was the one who got this individual into graveyards. A▮▮▮ stated that he specifically had a conversation with Dunmire, in which Dunmire stated, "Yeah I'm surprised she got so much into it, you know, just from me telling her about it. She's way more into then I am." An▮▮▮ stated that he believed it was this individual's idea to come here to visit the gravesites.

S/A Momchilov asked A▮▮▮ if he knew how Dunmire and this individual met. A▮▮▮ stated he did not know, but was under the impression that Dunmire had met this individual before. A▮▮▮ also stated he did not notice the license plate of the individual's vehicle nor did he recall which state the license plate was from.

Investigators asked where specifically he observed the individual's vehicle in the parking lot of the Tiki Underground. A▮▮▮ stated that the individual was in the parking spot in the vicinity of the front entrance. A▮▮▮ advised that he spoke with the owner of the Tiki Underground who advised that he does not have a video camera in the parking lot area, but he does have a camera near the front of the building that would capture vehicles entering and exiting the parking lot, however, the owner stated that the video would probably not capture the parking lot. A▮▮▮ also stated that the individual did not exit her vehicle nor did she enter the bar.

S/A Momchilov asked ▮▮▮▮▮ Dunmire had an issue with anyone else in the bar that night. A▮▮▮ stated that he did not but stated that Dunmire was going through depression because what was going

This document is the property of the Ohio Bureau of Criminal Investigation and is confidential in nature. Neither the document nor its contents are to be disseminated outside your agency except as provided by law - a statute, an administrative rule, or any rule of procedure.




**Ohio Attorney General's Office**
**Bureau of Criminal Investigation**
Investigative Report

2021-0610
Homicide - Matthew John Dunmire (V)

on with his ex-girlfriend, A▇▇▇ A▇▇▇ did state, however, that "he was excited about the fact that he was looking to get his own place, and then he was excited the fact that some girl, an old acquaintance coming down to hang out with him. So, he was in a really good mood, really positive mood."

S/A Momchilov asked A▇▇ if he knew what time Dunmire left with this individual. A▇▇▇ stated he thought it was around 1700-1730 hours but that it could have been later, but it was still light out. A▇▇▇ confirmed that M▇▇ had already left prior to Dunmire leaving with this individual.

A▇▇▇ stated that Dunmire was wearing black jeans and a black leather jacket.

S/A Momchilov asked A▇▇▇ if Dunmire has ever told him that he has issues with anyone. A▇▇▇ stated, "no." A▇▇▇ stated that Dunmire rode with M▇▇ to the Tiki Underground.

C▇▇ A▇▇▇ was able to tell investigators that Dunmire earned $12.50 an hour and worked 40 hours a week.

The interview with A▇▇ was recorded via audio. The audio recording is attached to this investigative report.

This document is the property of the Ohio Bureau of Criminal Investigation and is confidential in nature. Neither the document nor its contents are to be disseminated outside your agency except as provided by law - a statute, an administrative rule, or any rule of procedure.